**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1166

JORGE MIGUEL ARTICA-PAZ,

Petitioner,

v.

PAMELA JO BONDI, Attorney General,

Respondent.

On Petition for Review of An Order of the Board of Immigration Appeals.

Submitted: January 26, 2026                    Decided: February 18, 2026

Before KING and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

**ON BRIEF:** Eric H. Kirchman, Rockville, Maryland, for Appellant. Yaakov M. Roth, Acting Assistant Attorney General, Anthony C. Payne, Alexander J. Lutz, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Artica-Paz, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals affirming the Immigration Judge's denial of his applications for asylum, withholding of removal, and protection under the Convention Against Torture. We have reviewed the record and Artica-Paz's claims and conclude that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief on the merits, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review. *In re Artiza-Paz* (B.I.A. Jan. 24, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2